UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**JOSE GERARDO PEREZ LUYANO, et als.,**
Plaintiffs,

**CIVIL NO. 05-1869(DRD)**

v.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO, et als.,**
Defendants.

| MOTION | RULING |
|---|---|
| **Date:** 01/31/06<br>**Filed:** 02/01/06<br><br>[X] **Plff**         [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION REQUESTING VOLUNTARY DISMISSAL<br><br>**(Docket No. 8)** | **GRANTED**. Plaintiffs in the instant case filed a notice of voluntary dismissal. It also requests that said dismissal be without prejudice. The Court hereby **GRANTS** plaintiff's request and **DISMISSES WITHOUT PREJUDICE** all claims against defendants in the instant case pursuant to Fed.R.Civ.P. 41(a)(2). Each party shall bear its own costs and expenses.<br><br>Judgment will be issued accordingly. |

**IT IS SO ORDERED.**

**Date**: **February 10, 2005**

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**